The People *vs.* James Foxall. *Receiving stolen goods, knowing they were stolen.*

JAMES FOXALL was put to the bar for trial, charged with receiving stolen goods, knowing they were stolen. The facts appeared as follows.—Mr. Kennedy, who lived at no 39 Pine-street, left the city, for the country, in consequence of the fever. About the first day of August, in the morning, about daylight, R. Dubois, Sandy Smith, Richard May, and Adolphus Taffy went to the house, forced their way into the yard ; broke open the back door, and plundered the house of a great variety of articles, among which were a quantity of silver ware belonging to Mr. Brett, in a trunk in the garret, the subject of the present indictment.

After the robbery, Taffy fell in with John Dillon, who told him to go to James Foxall's with his part of the plunder, and he would get the money for it. He called upon Foxall in company with Dillon, and gave him twelve silver tea-spoons, a pair of sugar tongs, five silver table-spoons worth about $15, for which Foxall gave him five dollars. Foxall took the spoons to Mr. Dusenbury, and offered them to him for sale. Mr. Dusenbury bought twelve of them at a fair price, not suspecting they were stolen ; and in a few days afterwards he was called upon again by Foxall, who wanted to sell him forty ounces of silver, and some other spoons. This offer excited Mr. Dusenbury's suspicion. He gave information to Mr. Hays. About this time Taffy was taken up, and confessed he had stole the spoons ; and exposed a scene of depravity and crime, almost unparalleled : houses broken and robbed in the infected district ; valuable articles destroyed that could not be taken away ; excesses of every description commit-

NEW-YORK, ted at the time of the greatest alarm and terror in that
Oct. 1822. portion of the city, the seat of depredation and crime.

The People    He confessed from what house he had stolen the articles;
vs.
Eliza Tripler. at what time, and to whom he had sold them. He exposed
the names of his associates, who were found to be young
boys from fifteen to twenty years of age ;. and who, in
consequence of his confession, were arrested, tried, and
convicted : and are now suffering the pain of punishment
for a long term in the State's Prison.

Foxall was arrested, and part of the articles found in his
coat pocket, between the bedticking and cords of the bed-
stead.

The articles were claimed and identified by Mr. Brett.

*Price*, his counsel, made a strenuous defence ; but the
testimony being too strong to resist, he was convicted and
sentenced.